UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-63-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW SWENSON | ORDER |

This matter is before the Court on the Defendant's unopposed Motion to Reopen the Pretrial Motions Deadline and to Continue Arraignment.

Upon good cause shown, it is hereby ORDERED that the reopening of the deadline to file any and all pretrial motions is GRANTED. The Defendant shall be allowed through and including October 20, 2026 to file said motions.

Responses to motions are to be filed within fourteen (14) days after the service of such motions.

For good cause shown, it is hereby ORDERED that the arraignment in this matter be continued until the Court's November 10, 2026 term.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This 2nd day of September, 2026.

LOUISE WOOD FLANAGAN
United States District Court Judge